CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LARUE HENDERSON, <br><br> Defendant. | CASE NO. 4:25-mj-71447-MAG <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant LARUE HENDERSON, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: December 4, 2025

                                                Hon. Thomas S. Hixson
                                              United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 4:25-mj-71447-MAG

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **JAY BIEBER, Acting United States Marshal for the Northern District of California and SANTA RITA COUNTY JAIL** and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of LARUE HENDERSON, who is in the custody of Santa Rita Jail before the Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, San Francisco, California, on Friday, December 5th at 11:00 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release LARUE HENDERSON from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: December 4, 2025

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:25-mj-71447-MAG