CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-CR-00434-JST-1 |
| Plaintiff, | DETENTION ORDER (AS MODIFIED) |
| v. | |
| LARUE HENDERSON, | |
| Defendant. | |

On December 18, 2025, defendant Larue Henderson was charged by Indictment with 13 felonies, for violations of 18 U.S.C. § 1951 (Conspiracy to Commit Hobbs Act Robbery); 18 U.S.C. § 1951 (Hobbs Act Robbery); and 18 U.S.C. § 2119 (Carjacking)

This matter came before the Court on May 20, 2026, for a detention hearing. The defendant was present and represented by Charles Woodson. Assistant United States Attorney Emily Dahlke appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the

defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  the violent nature of the indicted conduct, the number of incidents and repeated pattern of criminal violence comprising the indicted conduct, including information from social media statements, the facts proffered regarding Mr. Henderson's connection to an uncharged shooting where a victim was shot at close range, and the insufficiency of location monitoring and residential treatment to mitigate the public safety risk. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.	The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.	The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.	On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  May 20, 2025

_____
HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge